UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KAMEKO R. WILLIAMS                                    PLAINTIFF

v.                                          Civil No. 1:18-cv-00128-GHD-DAS

ADAM ZACHARY, *et al.*                              DEFENDANTS

---

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO AMEND; GRANTING MOTION TO DISMISS; AND DENYING AS MOOT MOTION FOR JUDGMENT ON THE PLEADINGS**

---

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that:

1. Plaintiff Kameko Williams's motion for leave to amend, Doc. 23, DENIED IN PART with respect to her claims against Defendant Chris Gilliard, but GRANTED IN PART with respect to her claims against the other defendants;

2. On or before February 14, 2019, Williams shall file a revised amended complaint consistent with the Court's opinion;

3. Defendant Chris Gilliard's motion to dismiss, Doc. 15, is GRANTED and all claims against him are DISMISSED; and

4. Defendant James Meyers and Cody Shankle's motion for summary judgment on the pleadings, Doc. 10, is DENIED AS MOOT.

SO ORDERED, this the 30 day of January, 2019.

_____
SENIOR U.S. DISTRICT JUDGE